Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JANET JENSEN

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JANET JENSEN,<br><br>      Plaintiff.<br><br>   v.<br><br>CHASE BANK USA, N.A.<br><br>      Defendant. | Case No.: 8:19-cv-1966<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that Plaintiff, Janet Jensen, and Defendant, Chase Bank USA, N.A. have reached an agreement on all material terms required to settle all of Plaintiff's claims pending in this action. The parties expect to file a dismissal of all of Plaintiff's claims within the next thirty (30) days.

Plaintiff respectfully requests this Honorable Court vacate all deadlines in the present matter.

Date: December 20, 2019　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　By:/s/ Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　　　Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　JANET JENSEN

## **CERTIFICATE OF SERVICE**

　I hereby certify that on December 20, 2019, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was sent via e-mail transmission to the following:

　　　　　　　　　　　Arjun Rao
　　　　　　　　　　　Stroock & Stroock & Lavan LLP
　　　　　　　　　　　2029 Century Park East, 18t Fl
　　　　　　　　　　　Los angeles, CA 90067
　　　　　　　　　　　arao@stroock.com

　　　　　　　　　　　　　　　　　　By:/s/ Matthew A. Rosenthal
　　　　　　　　　　　　　　　　　　　　Matthew A. Rosenthal