Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
JANET JENSEN

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JANET JENSEN, | ) **Case No.: 8:19-cv-1966** |
| | ) |
| | ) **VOLUNTARY DISMISSAL OF A** |
| Plaintiff. | ) **CASE PURSUANT TO FED. R.** |
| | ) **CIV. P. 41(a)(1)(A)(i)** |
| v. | ) |
| | ) |
| | ) |
| CHASE BANK USA, N.A. | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLEASE TAKE NOTICE** that Plaintiff, JANET JENSEN, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

Date: January 7, 2020               RESPECTFULLY SUBMITTED,

                                    By:/s/ Matthew A. Rosenthal
                                       Matthew A. Rosenthal
                                       Attorney for Plaintiff,
                                       JANET JENSEN

### **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2020, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was sent via e-mail transmission to the following:

Arjun Rao
Stroock & Stroock & Lavan LLP
2029 Century Park East, 18t Fl
Los angeles, CA 90067
arao@stroock.com

                                    By:/s/  Matthew A. Rosenthal

                                        Matthew A. Rosenthal